UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-01-328 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROGER SIMPSON ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROGER SIMPSON , Case No. CR. S-01-328

, Charge Supervised release violation from custody, subject to the following conditions:

    __    Release on Personal Recognizance

    X     Bail to be Posted in the Sum of $ 1,000.00 by 3/22/06

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        __    (Other)

Issued at Sacramento, CA on March 17, 2006 at 9:24 am .

By /s/ _____
William B. Shubb.
United States District Judge

Original - U.S. Marshal