UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Roger Carl SIMPSON
                                         Docket Number:  2:01CR00328-01
                                         **REQUEST FOR CONTINUANCE OF DISPOSITIONAL HEARING**

Your Honor:

The purpose of this Memorandum is to respectfully request the Dispositional Hearing currently scheduled for Wednesday, April 12, 2006, be continued to Wednesday, May 3, 2006, at 9:00 a.m.

On March 17, 2006, in Your Honor's Court, the offender admitted violating the terms and conditions of his probation, and the Dispositional Hearing was scheduled.  The purpose for requesting the continuance is to allow the offender to provide the probation officer with his completed taxes for the years 2003 and 2004, make another payment toward restitution, and for counsel for the defense to prepare a motion for Your Honor regarding Simpson's restitution obligation and the penalties and interest that have been accruing.

The probation officer has spoken with both counsel and the offender, and all have agreed to the continuance.

If you require any additional information regarding this matter, please do not hesitate to contact me at (209) 574-9481.

                                             Respectfully submitted,

                                             /s/ Casey Horner, Sr.

                                           **CASEY HORNER, SR.**
                                           **Senior United States Probation Officer**

**Re:   Roger Carl SIMPSON**
      **Docket Number:   2:01CR00328-01**
      **REQUEST FOR CONTINUANCE**

Dated:     April 5, 2006
           Modesto, California
           CKH:lr

**REVIEWED BY:**      /s/ Casey Horner, Sr. for
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

AGREE: x

                                    _/s/ William B. Shubb_
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

April 7, 2006

cc:    Michael Beckwith
       Assistant United States Attorney

       Lexi Negin
       Defense Counsel