DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Roger Simpson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-00328 (WBS) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE HEARING ON** |
| | ) | **MODIFICATION OF RESTITUTION** |
| | ) | |
| ROGER CARL SIMPSON | ) | Hearing Date: June 21, 2006 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | JUDGE: Hon. William B. Shubb. |

     This case is currently scheduled for a hearing on Mr. Simpson's Motion to Modify Criminal Monetary Penalty.  The attorneys for both parties have conferred and agree that additional time is needed so that defense counsel can obtain records that are relevant to the adjudication of the motion and hearing.  The records of state court proceedings in Arizona have been ordered, but not yet received by counsel.

     The parties, through their respective counsel, hereby stipulate and agree that the hearing scheduled in this case for June 21, 2006, be continued until August 2, 2006.  The merits of Mr. Simpson's Supervised Release violation have been resolved, therefore, there is no need to take action with respect to excluding time.

     A proposed order is attached and lodged separately for the court's convenience.

DATED: June 20, 2006

                      Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |

| /s/Anne Pings | /s/ Lexi Negin |
|---|---|
| ANNE PINGS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for STEPHON L. WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 01-00328 (WBS) |
| ) | |
| Plaintiff, ) | **PROPOSED ORDER** |
| ) | **TO CONTINUE HEARING ON** |
| ) | **MODIFICATION OF RESTITUTION** |
| ) | |
| ROGER CARL SIMPSON ) | Hearing Date: June 21, 2006 |
| ) | |
| Defendant. ) | |
| _____ ) | JUDGE: Hon. William B. Shubb. |

For the reasons set forth in the stipulation of the parties, filed on June 19, 2006:

IT IS HEREBY ORDERED that the hearing currently scheduled for June 21, 2006, be continued until August 2, 2006, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance so that defense counsel can obtain records that are necessary to litigate the motion.

Accordingly,  IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 19, 2006, stipulation, the hearing currently scheduled for June 21, 2006, is continued to August 2, 2006.

Dated: June 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE