DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Roger Simpson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-00328 (WBS) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **TO CONTINUE HEARING ON** |
| | ) | **MODIFICATION OF RESTITUTION** |
| | ) | |
| ROGER CARL SIMPSON | ) | Hearing Date:  August 2, 2006 |
| | ) | |
| Defendant. | ) | |
| | ) | JUDGE: Hon. William B. Shubb. |

This case is currently scheduled for a hearing on Mr. Simpson's Motion to Modify Criminal Monetary Penalty.  The attorneys for both parties have conferred and agree that additional time is needed so that defense counsel can obtain records that are relevant to the adjudication of the motion and hearing.   The records relating to the state court proceedings in Arizona have been ordered, but not yet received by counsel.  They are expected, but counsel does not know when they will arrive.

The parties, through their respective counsel, hereby stipulate and agree that the hearing scheduled in this case for August 2, 2006, be continued until September 13, 2006.  The merits of Mr. Simpson's Supervised Release violation have been resolved, therefore, there is no need to take action with respect to excluding time.

A proposed order is attached and lodged separately for the court's convenience.

1

1    DATED:August 1, 2006

2

3                    Respectfully submitted,

4    McGREGOR W. SCOTT                    DANIEL BRODERICK
     United States Attorney               Federal Defender

5

6
      /s/Michael Beckwith                  /s/ Lexi Negin
7    MICHAEL BECKWITH                     LEXI NEGIN
     Assistant U.S. Attorney              Assistant Federal Defender
8    Attorney for United States           Attorney for ROGER SIMPSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-00328 (WBS) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **TO CONTINUE HEARING ON** |
| | ) | **MODIFICATION OF RESTITUTION** |
| | ) | |
| ROGER CARL SIMPSON | ) | Hearing Date:  June 21, 2006 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | JUDGE: Hon. William B. Shubb. |

For the reasons set forth in the stipulation of the parties, filed on August 1, 2006:

IT IS HEREBY ORDERED that the hearing currently scheduled for August 2, 2006, be continued until September 13, 2006, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance so that defense counsel can obtain records that are necessary to litigate the motion.

Accordingly,  IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 1, 2006, stipulation, the hearing currently scheduled for August 2, 2006, is continued to September 13, 2006.

Dated:  July 31, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2