DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROGER CARL SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 01-328 (WBS) |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER TO EXONERATE BOND |
| ROGER CARL SIMPSON, | |
| Defendant. | Judge: Hon. William B. Shubb |
| _____ | |

The Court finds that Mr. Roger Simpson was released pursuant to a $1,000.00 cash bond which he posted to the Clerk of the Court. Mr. Simpson made all of his court appearances as required and his case is now closed. Mr. Simpson moved in open court for his bond to be exonerated and the Assistant United States Attorney did not object.

THEREFORE, it is hereby ORDERED that the $1,000.00 cash bond in this case is ordered exonerated and that the Clerk of the Court return the bond to Roger Carl Simpson, P.O. Box 881, Mountain Ranch, California 95246.

Dated: October 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE